# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| E2E PROCESSING, INC., a Texas Corporation<br><br>  Plaintiff,<br><br> vs.<br><br>CABELA'S INCORPORATED<br><br>  Defendant, | Case No. 2:14-cv-00036-JRG-RSP<br><br>LEAD CASE |
| E2E PROCESSING, INC., a Texas Corporation,<br><br>  Plaintiff,<br><br> vs.<br><br>NORDSTROM, INC., a Washington Corporation,<br><br>  Defendant. | Case No. 2:14-cv-00039-JRG-RSP |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plaintiff E2E Processing, Inc. and Defendant Nordstrom, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this

suit by Plaintiff are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "AGREEMENT" and dated May 19, 2015.

ORDERED, ADJUDGED AND DECREED that all counterclaims asserted in this suit by Defendant are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, costs and expenses are to be borne by the party that incurred them.

It is finally ORDERED that the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 90) is DENIED as moot.

**SIGNED this 22nd day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE